October 3, 2000

Professor Richard A. Williamson        Mead Data Central, Inc.
College of William and Mary            Legal Data Collections
Williamsburg, Virginia 23185           8891 Gander Creek Drive
                                       Miamisburg, Ohio  45342

Mr. David M. George
Judicial Relations Counsel
Editorial Department D-4               Elizabeth Oyster, Esq.
West Publishing Company                Geronimo Development Corp.
610 Opperman Drive                     606 25th Avenue, South
Eagan, Minnesota 55123                 Suite 206
                                       St. Cloud, Minnesota  56301

Paul Fletcher, Publisher
Virginia Lawyers Weekly
106 North Eighth Street
Richmond, Virginia 23219

        Re:  Jack Enic Clark
             v. Commonwealth of Virginia
             Record No. 1425-97-4

Gentlemen and Ms. Oyster:

        I am enclosing to you a copy of an order entered by this
Court in the above-referenced case on October 3, 2000.  The Court
has directed that this order be published in the appropriate
volumes.  I appreciate your cooperation in ensuring that
publication is accomplished.

        NOTE TO WEST PUBLISHING:  THE COURT HAS DIRECTED THAT THIS
ORDER BE PUBLISHED IN THE SAME ADVANCE REPORTS THAT CONTAIN THE
OPINIONS DATED OCTOBER 3, 2000.  THIS ORDER IS NOT TO BE WITHHELD
FROM PUBLICATION IN THAT ADVANCE REPORT FOR ANY REASON.

                             Sincerely,


                             Marty K. P. Ring
                             Deputy Clerk

Enclosure
MKPR:mfr

                                                    Tuesday        3rd

          October, 2000.

Jack Enic Clark,                                              Appellant,

  against       Record No. 1425-97-4
               Circuit Court Nos. 90834 and 90836

Commonwealth of Virginia,                                    Appellee.


                    Upon a Rehearing En Banc

          Before Chief Judge Fitzpatrick, Judges Benton, Coleman,
        Elder, Bray, Bumgardner, Humphreys and Senior Judge Cole


                Peter D. Greenspun (Peter D. Greenspun &
                Associates, P.C., on brief), for appellant.

                John H. McLees, Jr., Senior Assistant
                Attorney General (Mark L. Earley,
                Attorney General, on brief), for appellee.


        On November 30, 1999, a panel of this Court reversed

and remanded the convictions of Jack Enic Clark for sodomy and

statutory rape.  See Clark v. Commonwealth, 31 Va. App. 96, 521

S.E.2d 313 (1999).  We granted the Commonwealth's petition for

rehearing

en banc.

        Upon rehearing en banc, the judgment of the trial court

is affirmed without opinion by an evenly divided Court.

Accordingly, the opinion previously rendered by a panel of this

Court on

November 30, 1999 is withdrawn and the mandate entered on that date is vacated.  The appellant shall pay to the Commonwealth of Virginia thirty dollars damages.

Chief Judge Fitzpatrick, Judges Coleman, Bumgardner and Humphreys voted to affirm said judgment.

Judges Benton, Elder, Bray and Senior Judge Cole voted to reversed the judgment of the trial court.

This order shall be published and certified to the trial court.

A Copy,

Teste:

Cynthia L. McCoy, Clerk

By:

Deputy Clerk